# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**A. KEVIN FAHEY,**                                          **CIVIL ACTION NO. 19-CV-950**

**on behalf of the General Public of the
District of Columbia,**

          **PLAINTIFF,**

**v.**                                                       **JURY TRIAL DEMANDED**

**NEW ENGLAND COFFEE COMPANY
and REILY FOODS COMPANY,**

          **DEFENDANTS.**

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Alexander N. Breckinridge V, attorney of record for Defendants, New England Coffee Company and Reily Foods Company, hereby move for the admission and appearance of attorney Mark A. Cunningham *pro hac vice* in the above-captioned action on behalf of both Defendants. Mark A. Cunningham is a Partner of Jones Walker LLP in the New Orleans office, 201 St. Charles Avenue, 50th Floor, New Orleans, Louisiana, 70170; Telephone: 504-582-8536; Facsimile: 504-589-8536; E-mail: mcunningham@joneswalker.com. Accompanying this Motion is the Declaration of Mark A. Cunningham as required by Local Rule 83.2(d).

Dated: April 11, 2019

                                                Respectfully submitted,

                                                */s/ Alexander N. Breckinridge V.*
                                                ALEXANDER N. BRECKINRIDGE V
                                                (DC Bar No. 983736)
                                                Jones Walker LLP
                                                201 St. Charles Avenue, 49th Floor
                                                New Orleans, Louisiana 70170-5100
                                                Telephone:  (504) 582-8138
                                                Facsimile:  (504) 589-8138
                                                abreckinridge@joneswalker.cojm

{N3801769.2}